JOHN E. SCHWARZ *versus* BERIAH W. MERRILL, JOHN HALE, AND ELIAS S. SWAN.

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Motion to dissolve injunction *p. 176; (2) motion

argued, submitted *p. 217; (3) injunction dissolved *p. 259; (4) motion to dismiss bill *p. 298; (5) bill dismissed *p. 304.

PAPERS IN FILE: (1) Bill of complaint, order for temporary injunction; (2) copy of order, proof of service; (3) amendments to bill, order for writ of injunction; (4–5) bonds for injunction; (6) writ of injunction and return; (7) precipe for process; (8) writ of subpoena and return; (9) answer; (10) motion to dissolve injunction; (11) writ of fi. fa. for costs, receipts; (12–13) transcripts of J. P. records; (14) J. P. notice to show cause against issuance of execution, acknowledgment of service.

*Chancery Case* 98 of 1828.